IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYRALISA LAVENA STEVENS,

      Petitioner,                    No. 2:12-cv-0239 KJN P

   vs.

SINGH VI MAL, et al.,

      Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, signed the in forma pauperis affidavit. <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit a signed copy of the affidavit in support of a request to proceed in forma pauperis, or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, a signed copy of the affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

////

1

        2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form filed on January 30, 2012 (dkt. no. 2).

DATED: February 8, 2012

                                                      _____
                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE

stev0239.101a