1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LYRALISA LAVENA STEVENS,

11              Plaintiff,                    No. 2:12-cv-0239 GEB KJN P

12        vs.

13   MATTHEW CATE, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16         On November 20, 2012, defendant Cate filed a motion to dismiss pursuant to

17   Federal Rule of Civil Procedure 12.  Plaintiff has not opposed the motion.

18         Local Rule 230(l) provides in part:  "Failure of the responding party to file written

19   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

20   the granting of the motion . . . ."  On September 10, 2012, plaintiff was advised of the

21   requirements for filing an opposition to a motion and that failure to oppose such a motion may be

22   deemed a waiver of opposition to the motion.

23         Local Rule 110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed September 10, 2012, plaintiff was also advised

26   ////

1

1   that failure to comply with the Local Rules may result in a recommendation that the action be

2   dismissed.

3          Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

4          **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute
           or to comply with these rules or a court order, a defendant may
5          move to dismiss the action or any claim against it.  Unless the
           dismissal order states otherwise, a dismissal under this subdivision
6          (b) and any dismissal not under this rule--except one for lack of
           jurisdiction, improper venue, or failure to join a party under Rule
7          19--operates as an adjudication on the merits.

8   Id.

9          Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

10  date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file

11  an opposition will be deemed as consent to have the:  (a) pending motion granted; (b) action

12  dismissed for lack of prosecution; and (c) action dismissed based on plaintiff's failure to comply

13  with these rules and a court order.  Such failure shall result in a recommendation that this action

14  be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

15  DATED:  January 8, 2013

16

17                                  _____

18                                  KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

19  stev0239.46o

20

21

22

23

24

25

26